Splash News & Picture Agency Inc et al v. Lavandeira et al                                                                                                        Doc. 7

ORIGINAL

FILED
CLERK, U.S DISTRICT COURT
MAY 1 4 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Splash News & Picture Agency, Inc., et al<br><br>Plaintiff(s),<br>v.<br><br>Mario Lavandeira, et al<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 07-2668 CAS (AGRx)<br><br>ORDER RE TRANSFER PURSUANT<br>TO GENERAL ORDER 224<br>( Related Cases) |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

5-11-07                              Valerie Baker Fairbank
Date                                 United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____

Date                                 United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case _____CV 06-7608 VBF (JCx)_____ and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____Rosenberg_____ to Magistrate Judge _____Chooljian_____.

On all documents subsequently filed in this case, please substitute the initials _____VBF (JCx)_____ after the case number in place of the initials of the prior judge, so that the case number will read _____CV 07-2668 VBF (JCx)_____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western  ☐ Southern  ☐ Eastern Division.

Subsequent documents must be filed at the ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34 (07/05)                   ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 ( Related Cases)

MAY 1 0 2007                                                                                    ENTERED ON CM 5/14/07

Dockets.Justia.co