Name and address
Nicholas A. Penkovsky
275 Seventh Avenue, Ste. 1505
New York, NY 10001

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JUN - 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Splash News & Picture Agency, Inc., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 07-2668 VBF (JCx) |
| v. | |
| Mario Lavandeira, et al., | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of ___Nicholas A. Penkovsky___,
                                                              *Applicant's Name*

of ___Law Offices of Nicholas A. Penkovsky, P.C.___ for permission to appear and participate in the above-entitled
         *Firm Name*

action on behalf of ☑ Plaintiff   ☐ Defendant   ___Splash News & Picture Agency, Inc., et al.___

and the designation of ___Peter Kaufman___ of ___Kaufman Entertainment Law Group, P.C.___
                        *Local Counsel Designee*        *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated ___6807___         _____
                         U. S. District Judge/~~U.S. Magistrate Judge~~

DOCKETED ON CM
JUN 12 2007
BY _____ 021

15

G-64 ORDER (06/05)           ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE VIA MAIL

I am a citizen of the United States, employed in the county of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action. Our business address is: 24025 Park Sorrento, Suite 240, Calabasas, California, 91302.

On June 6, 2007, I served the foregoing documents described as: ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE on the interested party(ies) in this action at their last known addresses by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED LISTS

☒ **(BY MAIL)** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service; such envelope will be deposited with the U.S. Postal Service on the above date in the ordinary course of business at the business address shown above with first-class postage fully pre-paid; and such envelope was placed for collection and mailing on the above date according to the firm's ordinary business practices.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted via facsimile to the parties as listed on the attached list to this Proof of Service.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee(s).

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 6, 2007**, at Los Angeles, California.

ILYSE MIMOUN

## SERVICE LIST

Matthew Voss, Esq.
Freedman & Taitelman, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067

Gregory Doll
Doll Amir & Eley, LLP
1888 Century Park East,
Suite 1106
Los Angeles, CA 90067