LAW OFFICES OF
NICHOLAS A. PENKOVSKY, P.C.
Nicholas A. Penkovsky, Esq.
Admitted Pro Hac Vice
E-mail: nicholas_penkovsky@yahoo.com
275 Seventh Avenue, Suite 1505
New York, NY 10001
Tel. (212) 216-9708
Facsimile (212) 216-9491

KAUFMAN
ENTERTAINMENT LAW GROUP, P.C.
Peter Kaufman, Esq. [SBN 143840]
E-mail: pkaufman@ebizlegal.com
24025 Park Sorrento, Suite 240
Calabasas, CA 91302
Telephone (818) 224-2449
Facsimile (310) 356-3234
Attorneys for Plaintiffs
Splash News & Picture Agency, Inc., Bauer-Griffin, LLC, Flynet Pictures, LLC,
Insight News & Features, Inc. and London Entertainment, Inc.

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| SPLASH NEWS & PICTURE AGENCY, INC., et al., | CASE NO. CV 07-2668 VBF (JCx) |
|---|---|
| Plaintiffs, | STIPULATION TO CONTINUE SCHEDULING CONFERENCE TO SEPTEMBER 17, 2007 AND TO FILE A JOINT FED. R. CIV. P. 26(f) REPORT and ADR PILOT PROGRAM QUESTIONNAIRE ON OR BEFORE SEPTEMBER 5, 2007; ORDER |
| vs. | |
| MARIO LAVANDEIRA d/b/a PEREZHILTON.COM, et al., | |
| Defendants. | |

TO ALL PARTIES AND THIS HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that a Scheduling Conference having been set for **August 27, 2007** at **8:30 a.m.** before Judge Valerie Baker Fairbank in Courtroom 9, U.S. Courthouse, 312 N. Spring St., Los Angeles be continued to **September 17, 2007** at **8:30 a.m.**

1

Said Stipulation is necessary because Plaintiff's Counsel, Nicholas A. Penkovsky is located in New York, NY and has informed Defendant's counsel that he will be unable to travel to Los Angeles because of personal reasons related to his and his wife's 25th Wedding Anniversary during the week of August 27, 2007. The following Monday is Labor Day and the Week of September 10, 2007 is unavailable due to Mr. Penkovsky's local co-counsel's prior plans for business travel.

There have been no prior requests for this Relief.

DATED: July 2, 2007     LAW OFFICES OF
                        NICHOLAS A. PENKOVSKY, P.C.

                        By: _____
                        NICHOLAS A. PENKOVSKY, ESQ.
                        Attorney for Plaintiffs SPLASH
NEWS &                                    PICTURE
AGENCY, INC., et al.


DATED: July 2, 2007     FREEDMAN & TAITELMAN, LLP

                        By: _____
                        Bryan J. FREEDMAN, ESQ.

                        Attorney for Defendant for Defendant
MARIO                   LAVANDEIRA d/b/a
Perezhilton.com

## ORDER

Good Cause having been established, the Scheduling Conference of the above referenced action is continued to **September 17, 2007** at **8:30 a.m.**

Counsel is to comply with Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26-1 and file a Joint Rule 26(f) Report and an ADR Pilot Program Questionnaire on or before **September 5, 2007** in the form as set forth in the June 5, 2007 Order of this Court.

IT IS SO ORDERED:

_____
Valerie Baker Fairbank, U.S.D.J.

7-10-07
_____
Date

3