# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
SEP 1 0 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge **Fairbank**

From: **Marilyn Davis**, Deputy Clerk    Date Received: **9/7/07**

Case No.: **2:07-CV-02668-VBF(JC)**    Case Title: **Splash News & Picture Agency, Inc. v. Mario Lavandeira**

Document Entitled: **Order RE: Settlement Procedure Selection: Request and Notice**

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1    Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
- ☒ Other: **The Notice and the Order are together. Should be separate forms**

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☒ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_**9-10-07**_    _/s/ Valerie Baker Fairbank_
Date    U.S. District Judge / ~~U.S. Magistrate Judge~~

☐ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

DOCKETED ON CM
SEP 1 2 2007
BY _____

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO : US GOVERNMENT PRINTING OFFICE 2006-572-754/59178