Splash News & Picture Agency Inc et al v. Lavandeira et al                                                                                                    Doc. 21

Priority  ✓
Send      ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

RECEIVED BUT NOT FILED
SEP -7 2007
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY _____ DEPUTY

FILED
CLERK, U S DISTRICT COURT
SEP 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPLASH NEWS & PICTURE AGENCY, INC, et al<br><br>Plaintiff(s)<br><br>v.<br><br>MARIO LAVANDEIRA d/b/a PEREZHILTON.COM, and JOHN and JANE DOES through 10,<br><br>Defendant(s) | CASE NUMBER<br><br>CV07-02668 (VBF) (JCx)<br><br>ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☐ SETTLEMENT PROCEDURE NO. 1
x SETTLEMENT PROCEDURE NO. 2
☐ SETTLEMENT PROCEDURE NO. 3

be:
☒ APPROVED

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:

For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. For Settlement Procedure Nos 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings

Dated: 9-10-07                                                    _____
                                                                              United States District Judge/Magistrate Judge

DOCKETED ON CM
SEP 12 2007
BY _____

ADR–01 ORDER (10/06)         ORDER RE. SETTLEMENT PROCEDURE SELECTION. REQUEST AND NOTICE

Dockets.Justia.com