SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 07-2668-VBF(JCx)**                                           Dated: **September 17, 2007**

Title:   Splash News & Picture Agency, Inc. -v- Mario Lavandeira, et al.

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, UNITED STATES DISTRICT JUDGE

 Rita Sanchez                                      Bob Killion
 Courtroom Deputy                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

 Peter L. Kaufman                                  Bryan J. Freedman
 Nicholas A. Penkovsky                             Gregory L. Doll

**PROCEEDINGS:   SCHEDULING CONFERENCE**

Scheduling Conference held. ADR-1 form previously filed. Court ordered the dates as indicated on Scheduling and Case Management Order filed today. Counsel served with Scheduling and Case Management Order on this date.

DOCKETED ON CM
SEP 20 2007
BY _____ 002

Initials of Deputy Clerk  rs
15 MIN