**LAW OFFICES OF**                                                          **JS-6**
**NICHOLAS A. PENKOVSKY, P.C**.
NICHOLAS A. PENKOVSKY, ESQ.
Admitted Pro Hac Vice
E-mail: nicholas_penkovsky@yahoo.com
112 Madison Avenue, Sixth Floor
New York, NY 10016
Tel. (212) 216-9708
Facsimile (212) 216-9491
Attorney for Plaintiffs
Splash News & Picture Agency, Inc., et al.

**FREEDMAN & TAITELMAN LLP**
BRYAN J. FREEDMAN (SBN 151990)
E-mail:  bfreedman@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: (310) 201-0005
Fax: (310) 201-0045
Attorneys for Defendant
MARIO LAVANDEIRA dba Perez Hilton

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| SPLASH NEWS & PICTURE AGENCY, INC., et al., | CASE NO. CV 07- 2668 VBF (JCx) |
| Plaintiffs, | **ORDER RE STIPULATION OF DISMISSAL** |
| vs. | |
| MARIO LAVANDEIRA d/b/a PEREZHILTON.COM, et al., | |
| Defendants. | |

The Court, having considered the Stipulation of the Attorneys for the

1

parties agreeing to dismiss this case with prejudice, orders as follows:

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action shall be dismissed with prejudice and without costs to any party.

Dated: December 15, 2008

_Valerie Baker Fairbank_

United States District Judge

[PROPOSED] ORDER